IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAMALU D. CAIN

Plaintiff,

v.                                                    Civil Action No. 1:17-cv-01111-RWS

D.R. HORTON-CROWN, LLC AND
DANIEL GENTRY

Defendants

## ORDER

This Court, having read Plaintiff's Motion to Stay Action Pending Arbitration, and pursuant to 9 U.S.C § 3, it is hereby ORDERED that this action be STAYED and ADMINISTRATIVELY CLOSED pending completion of arbitration proceedings. The statute of limitations period as to Plaintiff's unpaid overtime claim under the Fair Labor Standards Act ("FLSA") shall remain tolled through the completion of arbitration proceedings.

SO ORDERED this the ___8___ day of May, 2017.

Honorable Richard W. Story
United States District Court Judge