IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMALU D. CAIN,<br><br>Plaintiff,<br><br>v.<br><br>D.R. HORTON-CROWN, LLC and DANIEL R. GENTRY,<br><br>Defendants. | Civil Action No. 1:17-cv-01111-RWS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff and Defendants (collectively, "the Parties"), by and through their undersigned counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal WITH PREJUDICE of this Action. On March 27, 2017, Plaintiff initiated this action for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"). On May 4, 2017, Plaintiff moved to stay this action pending arbitration proceedings. (Dkt. No. [7]). On May 8, 2017, the Court ordered this action to be stayed, and administratively closed the case pending completion of arbitration proceedings. (Dkt. No. [10]). Plaintiff subsequently initiated arbitration proceedings. On January 5, 2018, the Parties agreed to settle their dispute, and the settlement has been reviewed and approved by the arbitrator.

1

Respectfully submitted this 19th day of January, 2018.

        SMITH LAW, LLC

By:   /s/ Louise N. Smith
      Louise N. Smith
      Georgia Bar No. 131876
      William J. Smith
      Georgia Bar No. 710280
      *Counsel for Plaintiff*

3611 Braselton Highway
Suite 202
Dacula, GA 30019
T: (678) 690-5299
F: (844) 828-5615
louise@smithlaw-llc.com
william@smithlaw-llc.com

        HOBGOOD & BASS, LLC

        /s/ T. Tucker Hobgood
        T. TUCKER HOBGOOD
        Georgia Bar No. 358408
        D. SCOTT BASS
        Georgia Bar No. 898926
        *Counsel for Defendants*

100 Galleria Parkway
Suite 1020
Atlanta, Georgia 30339
T: (770) 333-9933
F: (770) 563-8330
thobgood@hobgoodbass.com
sbass@hobgoodbass.com

## **FONT AND POINT VERTIFICATION**

I hereby certify that the within and foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was prepared using Times New Roman, 14-point font.

This 19th day of January, 2018.

                                            By:   /s/ Louise N. Smith
                                                    Louise N. Smith

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 19th day of January, 2018 caused service of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE to issue on Defendants' counsel by electronically filing the documents via the CM/ECF filing system.

                                        By:   /s/ Louise N. Smith
                                                    Louise N. Smith